

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00438-CV

TEXAS ENERGY OPERATIONS, LC       APPELLANT

V.

RELIABLE WELL SERVICE OF        APPELLEE
NORTH TEXAS, LLC

----------

### FROM THE 89TH DISTRICT COURT OF WICHITA COUNTY
### TRIAL COURT NO. 185,768-C

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant's Motion for Voluntary Dismissal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DELIVERED: February 1, 2018

---

[1]*See* Tex. R. App. P. 47.4.